

# United States District Court
## for the
## District of Massachusetts

Luis Grós pro se (Plaintiff).

v

Liberty Mutual and ADH-Collision (Defendants)

Case No.# 25 CV 12503.

Jury Trial ☑ "Yes" ☐ "No"

**October 20, 2025**

Attn: Clerk's Office
United States District Court
for the
District of Massachusetts.

RE;
Sent correspondence
Address 1
Luis Gros
635 McGrath Hwy
Somerville MA 02145

For reasons beyond my control, the email address luiscpgros52@gmail.com is no longer valid.

The email address luiscpgros52@gmail.com does not register any entries in the email inbox.

I proceeded with the help of another email address used to send an email to the above address.

In the sending email, I was able to read the message "Email sent successfully."

When I opened my email luiscpgros52@gmail.com, there was no record of the email sent.

I noticed that there had been no sent email in the inbox since June 2025.

After contacting Google, I received no response. To prevent any inconvenience, I am requesting that all correspondence from the District Court of Massachusetts be sent to the physical address described above.

Please accept my sincere good morning wishes.

I will immediately provide any additional or necessary clarifications.

Luis Gros
635 McGrath Hwy
Somerville MA 02145
Phone 617 719 9553