# UNITED STATES DISTRICT COURT

For The

District Of **Massachusetts**

Luis Gros, pro se Litigant
*Plaintiff(s)*
-v-
ADH-Collision Of Boston and
Liberty Mutual Insurance Company
*Defendant(s)*

Case No.  25 CV 12503
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* '' Yes No

FILED
IN CLERKS OFFICE

2026 MAR 31   PM 1: 23

DISTRICT OF MASS.

**Federal Question: Constitutional rights, as described in the 7th and 14th Amendments to the US Constitution.**

COMPLAINT FOR VIOLATION OF CONSTITUTIONAL PROPERTY RIGHTS, INSURANCE FRAUD, AND DISCRIMINATORY BAD FAITH UNDER ARTICLES 93A AND 176D OF THE GENERAL MAJOR CLASSIFICATION ACT OF 1999.

SWORN STATEMENT BY LUIS GROS IN SUPPORT OF THE MOTION TO RECUSE
I, Luis Gros, the Plaintiff in the above-mentioned case, declare, affirm and sign, from October 30, 2019 to today, General Of The Courts Commonwealth, approximately thirteen (13) Judges Of Massachusetts and USDistric Court excluded evidence presented on inappropriate judicial conduct of bias, I reaffirm and rewrite under penalty of perjury:

I provide this Sworn Statement in support of my Motion to Recusal of the Honorable MYONG J. JOUN, JUDGE OF THE DISTRICT OF THE UNITED STATES, dated March 4, 2026, pursuant to articles 144 and 455 of Title 28 of the United States Code. On March 4, 2026, the Court issued a Dismissal Order that, in my view, demonstrates personal bias and a lack of impartiality toward me as a litigant without counsel. Specifically, the Court used stigmatizing and disrespectful language, labeling my actions as "malicious" and "frivolous." Such terminology goes beyond legal analysis and suggests a pre-existing aversion to my character.
The Court also demonstrated bias by acting as the Defendant's advocate, prematurely granting immunity status under 28 U.S.C. § 1915(e)(2) to a party that had not even requested such defense, thereby depriving me of my 14th Amendment right to Due Process and Equal Protection.

I further assert that the Court excluded crucial physical evidence, specifically evidence ADD69 and ADD70, which prove that the vehicle's chassis is bent structurally.
The Court's refusal to order an Independent Appraisal or to acknowledge these technical records violates my 7th Amendment right to a fair trial and the presentation of evidence. Based on the documented language and the exclusion of essential evidence, a reasonable person would question the ability of the Honorable MYONG J. JOUN UNITED STATES DISTRICT JUDGE of March 4, 2026 to remain neutral and impartial in this case.

Gros expects the Court to review:
With the help of a licensed Independent Appraiser, the evidence ADD69, ADD70 and ADD73 from Honda Car Of Boston,

# UNITED STATES DISTRICT COURT

For The

District Of **Massachusetts**

Luis Gros, pro se Litigant
*Plaintiff(s)*

-v-

ADH-Collision Of Boston and
Liberty Mutual Insurance Company
*Defendant(s)*

Case No.  25 CV 12503
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* '' Yes ' No

**Federal Question: Constitutional rights, as described in the 7th and 14th Amendments to the US Constitution.**

Content of evidence ADD74 in the September 6, 2017 daily log of Liberty Mutual employees,  "*Original 09/06/2017 1 36 PM ob Steven, atty for insd 617-367-0600 insd came to him with invoices from Honda of boston saying that the frame was bent as a result of this incident insd wants  to have a field adjuster go out and look at the veh advised we need to know where the veh is and when it will be there in order to schedule a field mileage 33,661 now he will reach out to insd and call me back.*"          See page LM Gros000209

---

On July 02.2019 Pursuant to Superior Court Rule 9A(b)(5), Liberty-attorney wrote:  ▼
*"10. On September 7, 2017 and September 19, 2017, Accurate Collision informed Liberty Mutual the frame of the Vehicle was not bent".*
**Plaintiffs Response:** *Disputed.*

Dismissed Order de Oct.30.2019 c.a.#1884-CV-02061, J., rewrote ▲
*"Liberty Mutual alleges that, on September 7 and 19, 2017, Accurate Collision informed Liberty Mutual that the Vehicles's frame was not bent. The Plaintiff disputes this assertion without providing any basis for his challenge".*     See pag 2 and 3

---

Gros was not present on the dates referenced above. I did not participate in private meetings between Judge and Liberty attorney. I did not dispute anything. Gros became aware of the above statements after Nov. 4, 2019.
A Judge and Liberty attorney wrote false statements under oath. They intended to cause harm to Gros.

On January 25, 2021, the Superior Court concluded its inspection of case #1884=CV-02061 and found instances of judicial misconduct. J. was removed from administering the case and all decisions were declared null and void.
The Court ordered a new hearing. The dismissed order of October 30, 2019, was re-approved. Second-J approved decisions declared null and void. Secret rule: Liberty lawyer writes and judges rewrite.

Summary Judgments, requested and authorized in bad faith, judges excluded evidence, depriving Luis Gros of the right to obtain justice.

Gros sent the evidence referenced here in PDF format with the names AppealsAddendumandExibi088, 089 and 90.pdf. Gros sent the Court - Demand form with the name USDistricCourtAug252025.pdf.

Whenever the court wishes, I will present them in due time.

This document was prepared with the help of Artificial Intelligence (AI). Gros has no training in the area of Jurisdiction. He does not speak or write English properly. I am requesting a State Attorney

Data March 31, 2026
Luis Gros
635 McGrath Hwy
Somerville  MA 02145